IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BIRCHEL HEDDEN                                                    PLAINTIFF

v.                              No. 4:13-cv-271-DPM

PULASKI COUNTY, ARKANSAS                                          DEFENDANT

## ORDER

Unopposed motion to dismiss, № 7, granted. FED. R. CIV. P. 41(a)(2). Hedden's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2014