IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BIRCHEL HEDDEN                                                            PLAINTIFF

v.                              No. 4:13-cv-271-DPM

PULASKI COUNTY, ARKANSAS                                         DEFENDANT

JUDGMENT

Hedden's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 March 2014